IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GIDGET MOORE, | : |
| | :    Case No. 14-CV-455 |
|     Plaintiff, | : |
| | :    JUDGE ALGENON L. MARBLEY |
| v. | : |
| | :    Magistrate Judge King |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
|     Defendant. | : |

## ORDER

Before the Court is United States Magistrate Judge's **Report and Recommendation** for the above-styled case (Doc. 26). On March 31, 2016, the Magistrate Judge recommended that Plaintiff's counsel be awarded attorney fees amounting to $7,389.90, and costs amounting to $5.85 under 28 U.S.C. § 2412, the Equal Access to Justice Act ("EAJA").

The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Doc. 26 at 7). Defendant has not objected. The deadline for objections lapsed on April 18, 2016.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, it **GRANTS in part** and **DENIES in part** Plaintiff's Motion for Attorney fees (Doc. 23). Plaintiff's counsel is awarded attorney fees amounting to $7,389.90, and costs amounting to $5.85.

1

**IT IS SO ORDERED.**

                                          s/Algenon L. Marbley
                                        **ALGENON L. MARBLEY**
**Dated: April 22, 2016**           **UNITED STATES DISTRICT COURT**